IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DOUGLAS E. BROOKS

   Plaintiff,

v.

AcroMed Corporation, Charter No. 614043; AcroMed Corp. (Now AcroMed Corporation, Charter No. 614043); AcroMed Corporation Charter No. 816942; AcroMed Inc., Charter No. 811415; AcroMed Incorporated, (Now AcroMed Inc., Charter No. 811415); AcroMed Incorporated, Charter No. 816943; AcroMed Holding Corporation, Charter No. 811416; AcroMed Corporation (Now AcroMed Holding Corporation, Charter No. 811416,

CIVIL ACTION
NO. 396-CV3234-G

## STAY ORDER

On this __30__ day of __December__, 1996 having been presented with Plaintiffs' Motion for Order Imposing Stay and Pretrial Order No. 655 in MDL Docket 1014 which stays all proceedings against AcroMed, the Court orders that the above captioned case is subject to the stay order and that this lawsuit be stayed in conformance with Pretrial Order No. 655 until further notice.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE