A CERTIFIED TRUE COPY

FEB 19

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

Case 3:96-cv-03234-G   Document 5   Filed 02/24/97   Page 1 of 5   PageID 2

FILED
FEB 21 1997
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
FEB -3 97
PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 1014

FEB 25 1997

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 24 1997
NANCY DOHERTY, CLERK
By _____

IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

(See Attached Schedule CTO-77)    3:96cv3234-G

CONDITIONAL TRANSFER ORDER

On August 4, 1994, the Panel transferred 29 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 1,915 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 12 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 147 F.R.D. 589, 596, the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 4, 1994, and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Patricia D. Howard
Clerk of the Panel

ENTERED ON DOCKET
FEB 25 1997 PURSUANT
TO F. R. C. P. RULES
58 AND 79a.

Inasmuch as no objection is pending at this time, the stay is lifted and this order becomes effective

FEB 19 1997

Patricia D. Howard
Clerk of the Panel

A TRUE COPY CERTIFIED
DATED: 2/21/97
ATTEST: _____

# SCHEDULE CTO-77 -- TAG ALONG CASES
# DOCKET NO. 1014
# IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

**DISTRICT DIV CIVIL ACTION#**

ALABAMA NORTHERN
  ALN  2  96-2542    Foreman v. American Medical Electronics, Inc.  X

FLORIDA MIDDLE
  FLM  8  96-2429    Fry v. AcroMed Corp.
  FLM  8  96-2430    Baker v. AcroMed Corp.
  FLM  8  96-2431    Reutti v. AcroMed Corp.
  FLM  8  96-2432    Tiffany v. AcroMed Corp.
  FLM  8  96-2433    Jeffers v. AcroMed Corp.
  FLM  8  96-2434    Watson v. AcroMed Corp.
  FLM  8  96-2435    Best v. AcroMed Corp.
  FLM  8  96-2436    Stevenson v. AcroMed Corp.  X
  FLM  8  96-2437    Beckwith v. AcroMed Corp.
  FLM  8  96-2438    Golder v. AcroMed Corp.

FLORIDA SOUTHERN
  FLS  0  96-7377    Fields v. Danek Medical, Inc.  X

ILLINOIS NORTHERN
  ILN  1  96-7972    Suarez v. AcroMed Corp., et al.  X

LOUISIANA WESTERN
  LAW  6  96-2536    Sizemore v. Zimmer, Inc.  X    CTO 76

MARYLAND
  MD  1  96-2061    Magner v. Danek Medical, Inc., et al.  X  already sent for

MINNESOTA
  MN  3  96-978    Vander Voort v. Cross Medical Products  X
  MN  3  96-1026    Jolly v. AcroMed Corp., et al.

MISSOURI EASTERN
  MOE  4  96-2371    Cole v. AcroMed Corp., et al.  X

NEW HAMPSHIRE
  NH  1  97-15    Tibbetts v. AcroMed Corp., et al.  X

NEW YORK WESTERN
  NYW  1  97-25    Richards v. Ulrich KG  X

OREGON
  OR  6  96-6307    Walker v. Danek Medical, Inc.  X
  OR  6  96-6308    Simmons v. Advanced Spine Fixation Systems, Inc.

SOUTH CAROLINA
  SC  6  96-3597    Jones v. AcroMed Corp., et al.  X

TEXAS EASTERN
  TXE  4  96-395    Evans v. AcroMed Corp., et al.
  TXE  4  96-397    Johnson v. AcroMed Corp., et al.  X
  TXE  4  96-398    Gonzales v. Danek Medical, Inc.

TEXAS NORTHERN
  TXN  2  96-481    Romero v. Danek Medical, Inc.
  TXN  2  96-483    Lambright v. AcroMed Corp., et al.  X
  TXN  2  96-484    White v. AcroMed Corp., et al.
  TXN  2  96-490    Crouch v. Danek Medical, Inc.
  TXN  3  96-3225    Haskins v. Danek Medical, Inc.  X

SCHEDULE CTO-77 TAG ALONG CASES (Cont'd.)    - MDL NO. 1014 -

```
TEXAS NORTHERN (Cont.)
  TXN   3   96-3226      Langford v. AcroMed Corp., et al.
  TXN   3   96-3228      Pierson v. Danek Medical, Inc.          X
  TXN   3   96-3229      Yates v. AcroMed Corp., et al.
  TXN   3   96-3230      Guerrero v. AcroMed Corp., et al.
  TXN   3   96-3232      Smith v. AcroMed Corp., et al.
  TXN   3   96-3233      Brittain v. Danek Medical, Inc.
  TXN   3   96-3234      Brooks v. AcroMed Corp., et al.
  TXN   3   96-3238      Davis v. AcroMed Corp., et al.
  TXN   3   96-3241      Daniels v. Danek Medical, Inc.
  TXN   3   96-3242      Cundiff v. AcroMed Corp., et al.
  TXN   3   96-3244      Pease v. Danek Medical, Inc.
  TXN   3   96-3245      Johnson v. Danek Medical, Inc.
  TXN   3   96-3246      Dougherty v. Danek Medical, Inc.
  TXN   3   96-3250      Hill v. Danek Medical, Inc.
  TXN   5   96-241       Ribble v. Danek Medical, Inc.   X

TEXAS SOUTHERN
  TXS   2   96-635       Martinez v. Sofamor, S.N.C.             X
  TXS   2   96-636       Nantz v. AcroMed Corp., et al.          X
  TXS   3   96-677       Gravel v. Danek Medical, Inc.   X
  TXS   4   96-3495      Evans v. AcroMed Corp., et al.
  TXS   4   96-3496      Besch v. AcroMed Corp., et al.
  TXS   4   96-3497      Garcia v. AcroMed Corp., et al.
  TXS   4   96-3498      Livingston v. AcroMed Corp., et al.
  TXS   4   96-3499      Reyna v. AcroMed Corp., et al.
  TXS   4   96-3500      Queen v. AcroMed Corp., et al.
  TXS   4   96-3501      Vargas v. AcroMed Corp., et al.
  TXS   4   96-3502      Allen v. AcroMed Corp., et al.
  TXS   4   96-3503      Kuci v. AcroMed Corp., et al.
  TXS   4   96-3504      Marrs v. AcroMed Corp., et al.
  TXS   4   96-3505      Terrell v. AcroMed Corp., et al.
  TXS   4   96-3506      Zamora v. AcroMed Corp., et al.
  TXS   4   96-3507      Hallmark v. AcroMed Corp., et al.
  TXS   4   96-3508      Shoulders v. AcroMed Corp., et al.
  TXS   4   96-3509      Artiga v. AcroMed Corp., et al.
  TXS   4   96-3510      Martinez v. AcroMed Corp., et al.
  TXS   4   96-3511      Fretty v. AcroMed Corp., et al.
  TXS   4   96-3512      Ramos v. AcroMed Corp., et al.
  TXS   4   96-3513      Marleau v. AcroMed Corp.                X
  TXS   4   96-3550      Bowes v. Sofamor, S.N.C., et al.
  TXS   4   96-3551      Benavides v. Danek Medical, Inc., et al.
  TXS   4   96-3552      Porter v. Danek Medical, Inc., et al.
  TXS   4   96-3553      Manning v. Sofamor, S.N.C., et al.
  TXS   4   96-3554      Schmelter v. Danek Medical, Inc., et al.
  TXS   4   96-3555      Livingston v. Danek Medical, Inc., et al.
  TXS   4   96-3556      Cummings v. Danek Medical, Inc., et al.
  TXS   4   96-3557      Wiley v. Danek Medical, Inc., et al.
  TXS   4   96-3558      Stites v. Danek Medical, Inc., et al.
  TXS   4   96-3559      Rivera v. Danek Medical, Inc., et al.
  TXS   4   96-3560      Drake v. Danek Medical, Inc., et al.
  TXS   4   96-3561      Sears v. Sofamor, S.N.C., et al.
  TXS   4   96-3562      Davis v. Sofamor, S.N.C., et al.
  TXS   4   96-3563      Schmelter v. Sofamor, S.N.C., et al.
  TXS   4   96-3564      Basham v. Danek Medical, Inc., et al.
  TXS   4   96-3565      De La Cruz v. Danek Medical, Inc., et al.
  TXS   4   96-3566      Bowser v. Danek Medical, Inc., et al.
  TXS   4   96-3567      Holley v. Sofamor, S.N.C., et al.
  TXS   4   96-3568      Shepherd v. Danek Medical, Inc., et al.
  TXS   4   96-3569      Perry v. Danek Medical, Inc., et al.
  TXS   4   96-3570      Scott v. Danek Medical, Inc., et al.
  TXS   4   96-3571      Valdez v. Sofamor, S.N.C., et al.
  TXS   4   96-3572      Coogler v. Sofamor, S.N.C., et al.
  TXS   4   96-3573      Manberg v. Danek Medical, Inc., et al.
  TXS   4   96-3574      Vasquez v. Danek Medical, Inc., et al.
```

## SCHEDULE CTO-77 TAG ALONG CASES (Cont'd.)     - MDL NO. 1014 -

```
TEXAS SOUTHERN (Cont.)
   TXS    4   96-3587        Shepherd v. Sofamor, S.N.C., et al.
   TXS    4   96-3588        Grimes v. AcroMed Corp., et al.
   TXS    4   96-3589        Compton v. AcroMed Corp., et al.
   TXS    4   96-3590        Flores v. Smith & Nephew Richards, Inc., et al.
   TXS    4   96-3592        Williams v. Smith & Nephew Richards, Inc., et al.
   TXS    4   96-3593        Johnson v. Smith & Nephew Richards, Inc., et al.
   TXS    4   96-3594        Chandler v. Smith & Nephew Richards, Inc., et al.
   TXS    4   96-3595        Arnold v. AcroMed Corp., et al.
   TXS    4   96-3596        Basilio v. Smith & Nephew Richards, Inc., et al.
   TXS    4   96-3619        Tomlinson v. AcroMed Corp., et al.
   TXS    4   96-3677        Herrera v. Danek Medical, Inc., et al.
   TXS    4   96-4097        Hubbert v. Smith & Nephew Richards, Inc.
   TXS    4   96-4131        Heuermann v. Sofamor S.N.C.
   TXS    4   96-4132        Luckett v. Smith & Nephew Richards, Inc.
   TXS    4   96-4133        Franklin v. Smith & Nephew Richards, Inc.       X
   TXS    4   96-4134        Johnson v. AcroMed Corp., et al.
   TXS    4   96-4135        Gregory v. AcroMed Corp., et al.
   TXS    4   96-4136        Carouthers v. AcroMed Corp., et al.
   TXS    4   96-4137        Bradley v. AcroMed Corp., et al.
   TXS    4   96-4138        Roquemore v. Danek Medical, Inc.
   TXS    4   96-4139        Gatson v. Sofamor, S.N.C.
   TXS    4   96-4140        Burkhalter v. Smith & Nephew Richards, Inc.
   TXS    4   96-4141        O'Neal v. Danek Medical, Inc.
   TXS    4   96-4142        Bowman v. AcroMed Corp., et al.
   TXS    4   96-4143        Carvill v. Danek Medical, Inc.
   TXS    4   96-4144        Henry v. Danek Medical, Inc.
   TXS    4   96-4314        Shiyou v. Synthes (U.S.A.)
   TXS    4   96-4433        Collier v. Danek Medical, Inc.
   TXS    6   96-125         Saenz v. AcroMed Corp., et al.  X

WISCONSIN EASTERN
   WIE    2   96-1328        Walker v. AcroMed Corp., et al.
   WIE    2   96-1332        McClain v. AcroMed Corp., et al.
   WIE    2   96-1333        Towler v. AcroMed Corp., et al.      X
   WIE    2   96-1334        Barnes v. AcroMed Corp., et al
   WIE    2   96-1335        Tucker v. AcroMed Corp., et al.
   WIE    2   96-1336        Monson v. AcroMed Corp., et al.
   WIE    2   96-1337        Hughes v. AcroMed Corp., et al.
   WIE    2   96-1338        Hartwig v. AcroMed Corp., et al.
   WIE    2   96-1339        Reed v. AcroMed Corp., et al.
```

*United States District Court*
*Northern District of Texas*

Nancy Doherty
*Clerk of Court*

1100 Commerce Street
*Dallas, Texas  75242*

February 25, 1997

Clerk
USDC Eastern District of Pennsylvania
US Courthouse Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

SUBJECT:   3:96CV3234-G   Brooks v. AcroMed Corp, et al

Dear Clerk:

The above action has been transferred to your district pursuant to the order of MDL Panel Clerk Patricia D. Howard dated 2/3/97 (filed in our court 2/24/97).

The enclosed documents constitute the entire file in this action. Certified copies of the order of transfer and docket entries are included in lieu of the originals which are retained in our files.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of the file.

Sincerely,
NANCY DOHERTY

By: _____
Kelly R. Spooner
Deputy Clerk

Enclosure

------------------------------------------------------------

Please acknowledge below, receipt of the documents described above and the case number assigned:

Date: _____          Case No.: _____

Clerk, U.S. District Court

By: _____
Deputy Clerk